

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00030-CV

_____

DEVEN MATUTE WILLIAMS, Appellant

V.

ERRICIA LYNN MCLEOD, Appellee

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 22-9599-393

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On January 15, 2026, and January 28, 2026, we notified Appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless Appellant paid the $205 filing fee.[1]  *See* Tex. R. App. P. 42.3(c), 44.3. Appellant has not done so.[2]  *See* Tex. R. App. P. 5, 12.1(b).

Because Appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[3] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  February 19, 2026

---

[1]In our January 15, 2026 letter, we stated that the fee was to be paid by January 26, 2026.  In our January 28, 2026 letter, we stated that the fee was to be paid by February 9, 2026.

[2]We also directed Appellant to file a docketing statement.  *See* Tex. R. App. P. 32.1.  In our January 15, 2026 letter, we stated that the docketing statement was to be filed by January 26, 2026.  In our January 28, 2026 letter, we stated that the docketing statement was to be filed by February 9, 2026.  Appellant has not filed a docketing statement.

[3]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).